FILED'09 DEC 03 12:19USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SHARON T. LINNE,<br><br>     Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>     Defendant | Civil No. 3:08-CV-1287-MO<br><br>~~PROPOSED~~ ORDER FOR EAJA FEES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,293.66 and no expenses shall be awarded payable to Plaintiff's attorney pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412; and that $350 in costs shall be awarded payable to Plaintiff's attorney pursuant to 28 U.S.C. § 1920.

DATED this 3d day of Dec, 2009.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ David R. Johnson
DAVID R. JOHNSON
Special Assistant United States Attorney
(206) 615-2545
Of Attorneys for Defendant

Page 1     ORDER FOR EAJA FEES - [3:08-CV-1287-MO]